# EXHIBIT 1

**From:** BideauM@gtlaw.com
**To:** Hadyn Pettersen; Alec Schultz
**Cc:** Carly Kligler; palaciov@gtlaw.com; Joshua.Brown@gtlaw.com; THOMSONJ@gtlaw.com; ThomasD@gtlaw.com
**Subject:** RE: Doran v Bragg
**Date:** Friday, January 12, 2024 3:57:39 PM
**Attachments:** image005.jpg
image006.png
image007.png
image001.png

---

**External Email - Do not open suspicious attachments or links from known or unknown senders.**

Although Monday is a holiday happy to meet and confer on the search terms and the other issues in the previous emails at 3. Please send an appointment with a call in number. Also happy to confer again on the Motion , but based on the unsuccessful conferral we had on Wednesday when you guys indicated that you would not be providing the medical records, the Goli settlement or have your client review her phone and computer, we are going to go ahead and file the Motion to Compel. We have offered to allow you to redact the medical records to just deal with the relevant issues and to have the Goli settlement marked as confidential . If you guys have had a change of heart let me know and we can further discuss on Monday along with all of the other issues .

**Mark F. Bideau**
Managing Shareholder

Greenberg Traurig, P.A.
777 S. Flagler Drive, Suite 300 East | West Palm Beach, FL 33401
T +1 561.650.7918 | F +1 561.655.6222
BideauM@gtlaw.com | www.gtlaw.com | View GT Biography

---

**From:** Hadyn Pettersen <hpettersen@hilgersgraben.com>
**Sent:** Friday, January 12, 2024 3:27 PM
**To:** Bideau, Mark (Shld-WPB-LT) <BideauM@gtlaw.com>; Alec Schultz <ASchultz@hilgersgraben.com>
**Cc:** Carly Kligler <ckligler@hilgersgraben.com>; Palacio, Vanessa (Assoc-WPB-LT) <palaciov@gtlaw.com>; Brown, Joshua R. (Shld-Orl-IP-Tech) <Joshua.Brown@gtlaw.com>; Thomson, Jennifer (Para-WPB-LT) <THOMSONJ@gtlaw.com>; Thomas, Debbie (LSS-WPB-LT) <ThomasD@gtlaw.com>
**Subject:** RE: Doran v Bragg

Mark,

We can meet at 3et on Monday. Plaintiff will review and sign the errata sheet by the operative deadline.

Thanks,

**Hadyn C. Pettersen**
Hilgers Graben PLLC | (m) 406.989.0191 | www.hilgersgraben.com

---

**From:** Alec Schultz <ASchultz@hilgersgraben.com>
**Sent:** Friday, January 12, 2024 2:12 PM
**To:** BideauM@gtlaw.com; Hadyn Pettersen <hpettersen@hilgersgraben.com>
**Cc:** Carly Kligler <ckligler@hilgersgraben.com>; palaciov@gtlaw.com; Joshua.Brown@gtlaw.com; THOMSONJ@gtlaw.com; ThomasD@gtlaw.com
**Subject:** RE: Doran v Bragg

Yes, we will not make any timeliness arguments. Thanks

**Alec Schultz**
HILGERS GRABEN PLLC
1221 Brickell Avenue
Suite 900
Miami, Florida 33131
305.630.8304 (o)
561.504.4730 (m)
www.hilgersgraben.com

---

**From:** BideauM@gtlaw.com <BideauM@gtlaw.com>
**Sent:** Friday, January 12, 2024 3:04 PM
**To:** Hadyn Pettersen <hpettersen@hilgersgraben.com>
**Cc:** Alec Schultz <ASchultz@hilgersgraben.com>; Carly Kligler <ckligler@hilgersgraben.com>; palaciov@gtlaw.com; Joshua.Brown@gtlaw.com; THOMSONJ@gtlaw.com; ThomasD@gtlaw.com
**Subject:** Re: Doran v Bragg

**External Email - Do not open suspicious attachments or links from known or unknown senders.**

Please confirm your understanding that our motion to compel is not due until Tuesday and that if we wait until Tuesday to file you will not make an untimelyness argument . We provided the motion to you as part of an effort to resolve matters short of involving the Court
Has your client read and signed her depo yet ?
Will discuss the other issues with you during our meet and confer . Please provide some times for a call

Sent from my iPhone

On Jan 12, 2024, at 2:32 PM, Hadyn Pettersen <hpettersen@hilgersgraben.com> wrote:

Mark,

We will read your motion and advise by EOD Monday.

We're also available to discuss the search strings on Monday after you send us a complete report with our additional term. Based on the most recent report you sent, we believe the final hit counts will be proportional. Among other things, (Katy OR Perry) /25 ("ACV" OR "apple cider vinegar") relates to RFP No. 5. Bragg has featured Katy Perry in its marketing and advertising in the State of Florida.

Third, we don't have a motion to extend in the works because we still don't know Bragg's position. You indicated that you would let us know today whether Bragg is in agreement with the three-month extension. Please advise.

Finally, once we reach agreement on the search strings, can you confirm that pursuant to the Court's order, Bragg will produce all non-privileged documents that hit upon the search strings?

Best regards,

**Hadyn C. Pettersen**
Hilgers Graben PLLC | (m) 406.989.0191 | www.hilgersgraben.com

---

**From:** BideauM@gtlaw.com <BideauM@gtlaw.com>
**Sent:** Friday, January 12, 2024 12:51 PM
**To:** Alec Schultz <ASchultz@hilgersgraben.com>; Carly Kligler <ckligler@hilgersgraben.com>; Hadyn Pettersen <hpettersen@hilgersgraben.com>
**Cc:** palaciov@gtlaw.com; Joshua.Brown@gtlaw.com; THOMSONJ@gtlaw.com; ThomasD@gtlaw.com
**Subject:** RE: Doran v Bragg

**External Email - Do not open suspicious attachments or links from known or unknown senders.**

Hit report on all 7 mailboxes
As to the most recent request, can you tell me what request it relates to .

**Mark F. Bideau**
Managing Shareholder

Greenberg Traurig, P.A.
777 S. Flagler Drive, Suite 300 East | West Palm Beach, FL 33401
T +1 561.650.7918 | F +1 561.655.6222
BideauM@gtlaw.com | www.gtlaw.com | View GT Biography

<image001.png>

---

**From:** Alec Schultz <ASchultz@hilgersgraben.com>
**Sent:** Friday, January 12, 2024 9:15 AM
**To:** Bideau, Mark (Shld-WPB-LT) <BideauM@gtlaw.com>; Carly Kligler <ckligler@hilgersgraben.com>; Hadyn Pettersen <hpettersen@hilgersgraben.com>
**Cc:** Palacio, Vanessa (Assoc-WPB-LT) <palaciov@gtlaw.com>; Brown, Joshua R. (Shld-Orl-IP-Tech) <Joshua.Brown@gtlaw.com>; Thomson, Jennifer (Para-WPB-LT) <THOMSONJ@gtlaw.com>; Thomas, Debbie (LSS-WPB-LT) <ThomasD@gtlaw.com>
**Subject:** RE: Doran v Bragg

***EXTERNAL TO GT***

Thanks, Mark, We appreciate it.

When your team has the ability, we'd appreciate you running one additional search over the relevant inboxes (below). Have a good weekend.

(Katy OR Perry) /25 ("ACV" OR "apple cider vinegar")

**Alec Schultz**
HILGERS GRABEN PLLC
1221 Brickell Avenue
Suite 900
Miami, Florida 33131
305.630.8304 (o)
561.504.4730 (m)
www.hilgersgraben.com
<image002.jpg>

<image003.png>
<image004.png>

---

**From:** BideauM@gtlaw.com <BideauM@gtlaw.com>
**Sent:** Thursday, January 11, 2024 8:34 PM
**To:** Carly Kligler <ckligler@hilgersgraben.com>; Hadyn Pettersen <hpettersen@hilgersgraben.com>; Alec Schultz <ASchultz@hilgersgraben.com>

**Cc:** palaciov@gtlaw.com; Joshua.Brown@gtlaw.com; THOMSONJ@gtlaw.com; ThomasD@gtlaw.com
**Subject:** Doran v Bragg

**External Email - Do not open suspicious attachments or links from known or unknown senders.**

I have not had a chance to review this today but wanted to forward it as soon as I got it. This is still being run against the 5 emails boxes but we hope to have the final 2 boxes ready to search by tomorrow so we have a final count. Hopefully we can have a discussion tomorrow once we have final numbers on these searches and determine where we are. I will try to review tonight

Just as an fyi, please be sure to copy Jennifer Thomson and Debbie Thomas on any emails to me as Vanessa will be on leave for a bit starting tomorrow . I want to be sure that we don't miss any of your communications

**Mark F. Bideau**
Managing Shareholder

Greenberg Traurig, P.A.
777 S. Flagler Drive, Suite 300 East | West Palm Beach, FL 33401
T +1 561.650.7918 | F +1 561.655.6222
BideauM@gtlaw.com | www.gtlaw.com | View GT Biography

<image001.png>

---

If you are not an intended recipient of confidential and privileged information in this email, please delete it, notify us immediately at postmaster@gtlaw.com, and do not use or disseminate the information.