UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-60812-CIV-SINGHAL/VALLE

JULIE DURAN,

Plaintiff,

v.

BRAGG LIVE FOOD PRODUCTS, LLC,

Defendant.

_____________________________________/

**ORDER TO FILE MEDIATION REPORT**

**THIS CAUSE** has come before the Court *sua sponte* upon review of the docket. On July 24, 2023, this Court entered a Paperless Order Scheduling Mediation (DE [16]) for February 21, 2024. The Order required a mediation report to be filed by February 26, 2024. To date no mediation report has been filed. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that a mediation report shall be filed by **March 4, 2024.** Alternatively, if the mediation did not occur, the parties shall show cause why mediation did not occur and submit a proposed order scheduling mediation.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 27th day of February 2024.

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF